# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| RUSSELL BOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 0:04-21965-CMC-BM |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, UNKNOWN OFFICERS, ADMINISTRATORS OR EMPLOYEES OF THE S.C. DEPARTMENT OF CORRECTIONS, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, | ) ) ) ) ) ) ) ) ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court pursuant to a motion to compel which has been filed by the Defendants. These parties seek to compel Plaintiff to respond to Defendants' interrogatories and requests for production pursuant to Rule 37(a), Fed.R.Civ.P. Defendants' motion contains a certificate of service on counsel for the Plaintiff.

As the requisite time for responding pursuant to Local Rule has expired, and no response having been filed by the Plaintiff, the motion is **granted**. Plaintiff shall submit proper

responses to the cited discovery requests within ten days of the date of this order.

As no hearing was required, Defendants' motion with respect to attorney's fees is **denied**.

**IT IS SO ORDERED.**

s/ BRISTOW MARCHANT
Bristow Marchant
United States Magistrate Judge

Columbia, South Carolina

April   28 ,   2005

2